IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JEFFREY FOX,<br><br>        Defendant. | 8:20CR155<br><br>INDICTMENT<br><br>18 U.S.C. §§ 2252(a)(1) & (b)(1)<br>18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) |

SEALED

The Grand Jury charges that

## COUNT I

On or about October 26, 2017, in the District of Nebraska and elsewhere, defendant JEFFREY FOX, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## COUNT II

On or about February 13, 2018, in the District of Nebraska and elsewhere, defendant JEFFREY FOX, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## COUNT III

On or about May 1, 2018, in the District of Nebraska and elsewhere, defendant JEFFREY FOX, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## COUNT IV

On or about May 25, 2018, in the District of Nebraska and elsewhere, defendant JEFFREY FOX, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## COUNT V

On or about June 8, 2018, in the District of Nebraska and elsewhere, defendant JEFFREY FOX, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## COUNT VI

On or about July 6, 2018, in the District of Nebraska and elsewhere, defendant JEFFREY FOX, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## COUNT VII

On or about August 11, 2018, in the District of Nebraska and elsewhere, defendant JEFFREY FOX, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## COUNT VIII

On or about September 5, 2018, in the District of Nebraska and elsewhere, defendant JEFFREY FOX, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## COUNT IX

On or about September 21, 2018, in the District of Nebraska and elsewhere, defendant JEFFREY FOX, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## COUNT X

On or about October 22, 2018, in the District of Nebraska and elsewhere, defendant JEFFREY FOX, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## COUNT XI

On or about January 7, 2019, in the District of Nebraska, defendant JEFFREY FOX, did knowingly possess at least one matter which contained a visual depiction, the production of which visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images depicting a prepubescent minor and a minor under the age of 12 years, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and so shipped and transported, by any means including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

JODY BRENT MULLIS
Assistant U.S. Attorney